the Appellate Division and the Court of Appeals, and, as so modified, affirmed, without costs of this appeal to either party.

ROBSON, J., dissents, and votes for affirmance. See, also 117 N. Y. Supp. 119.

HEROD, Respondent, v. GRAHAM, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by William Herod against Charles C. Graham. No opinion. Order affirmed, with $10 costs and disbursements.

HEROLD, Respondent, v. DE VALENCIA, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Hieronimus A. Herold against Katharine S. De Valencia. No opinion. Order affirmed on argument, with $10 costs and disbursements.

HERSHEY, Appellant, v. MARRONE, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by S. Byron Hershey against Angelina Marrone, as administratrix, etc. No opinion. Judgment affirmed, with costs.

HESS, Respondent, v. ZAHN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Henry Hess, Jr., against Rosa Zahn and others. Finck Embree & Cobb, for appellants. H. M. Hitchings, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 57 Misc. Rep. 515, 107 N. Y. Supp. 951.

HEYMANN, Respondent, v. STEICH, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Samuel Heymann against John P. Steich. No opinion. Judgment (114 N. Y. Supp. 603) affirmed, with costs, on opinion of Mr. Justice Carr at Special Term.

HIMMELREICHER, Appellant, v. HUEBENER, Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Nicholas Himmelreicher against Martha Huebener. No opinion. Motion granted, without costs.

HINDS, NOBLE & ELDREDGE v. BONNER et al. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Hinds, Noble & Eldredge against Robert E. Bonner and others. With this case have been consolidated in this court cases bearing titles as follows: Rubin Bruck v. Ruben Bruck et al.; Monroe E. Heilbron v. Joseph Aaronson; Antonio Osso v. Simon Donovan et al.; Wm. W. Grant et al. v. Jas. M. Leopold et al.; Madison Paper Stock Co. v. Maurice O'Meara Co.; Tichenor Grand Co. v. David Weingarten; Walter Moffat v. N. Y. Edison Co.; Mary T. Donovan v. Benj. B. Vanderveer.

No opinions. Applications denied, with $10 costs. Orders signed.

HINE, Appellant, v. HUNTINGTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Ambrose Hine against Harriet A. Huntington and another, as executrix, etc., of Allen Hine, deceased.

PER CURIAM. Judgment affirmed, without costs of this appeal to either party. See opinion of Robson, J., on former appeal in same case, reported at 118 App. Div. 585, 103 N. Y. Supp. 535.

SPRING, J., concurs, except as to the last proposition discussed in the opinion mentioned.

HIRSH, Appellant, v. BUTLER, Respondent. BUTLER, Respondent v. HIRSH, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Actions by Henry Hirsh against John Butler and by John Butler against Henry Hirsh. No opinions. Judgments of the Municipal Court affirmed, with costs.

HOLBROOK, Respondent, v. BUFFALO, R. & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Irving L. Holbrook against the Buffalo, Rochester & Pittsburg Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that it was not negligence upon the part of the defendant to run a train in perfect condition on a track in like condition at the rate of 60 miles per hour, and upon the further ground that the damages are excessive.

HOLDRIDGE, Respondent, v. GOEBLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Edgar P. Holdridge against Urselina Goebler.

PER CURIAM. Motion to open default granted, and motion to dismiss the appeal denied, upon condition that the appellant pay $10 costs of the motion, within 10 days, perfect the appeal, and place the same upon the next calendar of this court; otherwise, motion to open default denied, with $10 costs.

HOLLANDER v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Isaac Hollander against Theodore A. Bingham, as Police Commissioner, etc. No opinion. Motion for permanent injunction denied, with costs, and temporary injunction vacated.

In re HOLLIS PARK CO. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) In the matter of the Hollis Park Company.

PER CURIAM. The court should not in advance seem to ratify and confirm any sale